Ellyn Moscowitz
emoscowitz@moscowitzlaw.com

Brian Mikulak
bmikulak@moscowitzlaw.com

Sharon Seidenstein
sseidenstein@moscowitzlaw.com

Kathy Roberts
kroberts@moscowitzlaw.com

**OAKLAND**
8400 Enterprise Way, Suite 201
Oakland, CA 94621
P: (510) 567-8400
F: (510) 567-8444

**LOS ANGELES**
5380 Poplar Blvd.
Los Angeles, CA 90032
(323) 225-9775

**SAN DIEGO**
3737 Camino Del Rio S., Suite 105
San Diego, CA 92108
(619) 281-0163

# Law Offices of Ellyn Moscowitz

February 27, 2007

United States District Court
Northern District of California
Hon. Judge Phyllis J. Hamilton
Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Sprinklerfitters Local 483 vs. Value Fire Protection, Stanley Chan*
             *Case No. C06-07251 PJH ADR*

       By this letter, this office requests a continuance of the case management conference, currently scheduled for Thursday, March 1, 2007, 2:30 p.m. in Courtroom 3, 17th Floor for a Case Management Conference to March 8, 2007.

       Your clerk has informed me that only lead counsel may appear at the case management conference and that she must appear in person rather than by telephonic appearance. Lead counsel Ellyn Moscowitz will be in an arbitration, scheduled months ago, in Southern California on Thursday, March 1, 2007, and as such, she will be unable to appear in person at the case management conference. Thus, this office respectfully requests a continuance to March 8, 2007, of the case management conference in this matter.

       Please note that I am submitting this request on behalf of Ms. Moscowitz as she is in a deposition in Southern California today.

       Thank you in advance for your consideration.

Sincerely,

*[signature]*          2/28/07

Sharon Seidenstein



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA