ELLYN MOSCOWITZ, Bar No. 129287
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way #201
Oakland, CA. 94621
(510) 567-8400
(510) 567-8444 FAX

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLERFITTERS LOCAL 483,<br><br>Plaintiff,<br><br>vs.<br><br>VALUE FIRE PROTECTION,<br>STANLEY CHAN,<br><br>Defendants. | CASE NO. C06-07251 PJH ADR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** AND ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff SPRINKLERFITTERS LOCAL 483 voluntarily dismisses the above-captioned action with prejudice on the basis of settlement reached between the parties. Defendants Stanley Chan and Value Fire Protection have not appeared nor filed answer in this action.

The above-stated facts are set forth in the accompanying declaration of Ellyn Moscowitz, filed herewith.

Dated: March 23, 2007                LAW OFFICES OF ELLYN MOSCOWITZ

IT IS SO ORDERED
Judge Phyllis J. Hamilton

By: _____
Ellyn Moscowitz
Attorney for Plaintiffs

Plaintiffs' Voluntary Dismissal
Case No. C06-07251 PJH ADR

ELLYN MOSCOWITZ, Bar No. 129287
LAW OFFICES OF ELLYN MOSCOWITZ
8400 Enterprise Way #201
Oakland, CA. 94621
(510) 567-8400
(510) 567-8444 FAX

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINKLERFITTERS LOCAL 483,<br><br>Plaintiff,<br><br>vs.<br><br>VALUE FIRE PROTECTION,<br>STANLEY CHAN,<br><br>Defendants. | CASE NO. C06-07251 PJH ADR<br><br>**DECLARATION OF ELLYN MOSCOWITZ IN SUPPORT OF PLAINTIFFS' VOLUNTARY DISMISSAL** |

I, ELLYN MOSCOWITZ, declare as follows:

1. I am an attorney admitted to practice before all courts of this State, including the Northern District of California, and I am counsel of record for the Plaintiffs. The matters stated in this declaration are of my personal knowledge, and if called, I could and would so testify.

2. The Petition to Compel Arbitration (complaint) in this case was originally filed November 22, 2006.

3. Defendants were served November 22, 2006 with Summons in this matter.

4. On February 6, 2007, I notified Defendants via fax and certified US mail that although their time limit had expired, I would stipulate to an extension of time to respond

by another 20 days, giving a new deadline of March 2, 2007. I explained that absent any response by that deadline, I would file for default. Attached **as Exhibit A** is a true and correct copy of my February 5, 2007 correspondence to Defendant Stanley Chan and Value Fire Protection.

5. As of this date, Defendants have failed make any appearance or file any pleading or motion permitted by law in this case.

6. On March 15, 2007, Stanley Chan on behalf of Value Fire Protection and Stanley Smith on behalf of Sprinkler Fitters Local 485 entered into an agreement settling the claims underlying the Petition to Compel Arbitration. Attached as **Exhibit B** is a true and correct copy of the settlement agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of March, 2007.

LAW OFFICES OF ELLYN MOSCOWITZ

By: _/s/ Ellyn Moscowitz_
ELLYN MOSCOWITZ
Attorney for Plaintiffs

- 2 -
DECLARATION IN SUPPORT PLAINTIFFS' VOLUNTARY DISMISSAL
Case No. C06-07251 PJH ADR

# EXHIBIT A

# Law Offices of Ellyn Moscowitz

Ellyn Moscowitz
Brian Mikulak
Sharon Seidenstein
Kathy Roberts
    roofergal2@aol.com

8400 Enterprise Way, Suite 201
Oakland, CA 94621-1309
510-567-8400/510-567-8444 (Facsimile)

5380 Poplar Boulevard
Los Angeles, CA 90032-1724
323-225-9775

February 6, 2007

VIA FACSIMILE and CERTIFIED US MAIL

Stan Chan
Value Fire Protection
2921 Balboa Street
San Francisco, CA 94121
415-668-3398
415-668-0869 (fax)

Re:    DEFAULT in Sprinklerfitters 483 v. Value Fire, case no. C06-07251 PJH

Dear Mr. Chan,

As you know, I am the attorney for Sprinklerfitters Local 483 and their members who are your employees. Because of your unwillingness to pay any portion of the money you owe these employees, we were forced to pursue legal action, including filing a complaint against you in federal court on November 22, 2006. Please find faxed and enclosed herewith another copy of that complaint. The time permitted for your answer or responsive pleading has expired. I will stipulate to extend your deadline an additional 20 days, to Friday, March 2, 2007.

Absent any response by you or another person acting your behalf and that of Value Fire Protection, we will have no choice but to file for default and thereafter to pursue a default judgment against you and Value Fire Protection

Sincerely,

Ellyn Moscowitz

Enclosure
cc:    Stan Smith

# EXHIBIT B

# SPRINKLER FITTERS AND APPRENTICES
## LOCAL 483
OF THE UNITED ASSOCIATION OF PLUMBERS, PIPEFITTERS AND SPRINKLER FITTERS OF THE UNITED STATES AND CANADA AFL-CIO

Stanley M. Smith
*Business Manager*

Phillip Alves
*Organizer*

Business Agents
John P. Crowley
Richard R. Mangan
Tony Santaria

March 13, 2007

RECEIVED
MAR 13 2007
VALUE FIRE PROTECTION, INC.

Stan Chan
Value Fire Protection
2921 Balboa Street
San Francisco California 94121

Reference: Wages & Benefits Owed on UCSF Project

Dear Stan:

As per our conversation yesterday, here is a breakdown of wages and benefits still owed to Local 483 Members.

WAGES & BENEFITS OWED ON UCSF PROJECT

| EMPLOYEE NAME | ERIC LUNA | JOSE GARCIA | LUIS REYES | RUDY HOLGUIN |
|---|---|---|---|---|
| OWED WAGES | 1,119.95 | 8,918.20 | 10,856.16 | 9,612.54 |
| LESS: PAID WAGES 01/26/07 | (1,119.95) | (6,572.71) | (8,000.99) | (7,084.44) |
| BALANCE: OWED WAGES | 0.00 | 2,345.49 | 2,855.17 | 2,528.10 |

2525 Barrington Court • Hayward, California 94545
Telephone (510) 785-8483 • Fax (510) 785-8508
www.sprinklerfitters483.org

| OWED BENEFITS: | | | | |
|---|---|---|---|---|
| NASI PENSION | 0.00 | 0.00 | 1,077.30 | 1,077.30 |
| NASI HEALTH & WELFARE | 0.00 | 0.00 | 0.00 | 0.00 |
| SUPPLEMENTAL PENSION | 391.50 | 3,117.50 | 2,740.50 | 2,740.50 |
| APPRENTICESHIP TRAINING | 37.80 | 301.00 | 264.60 | 264.60 |
| INDUSTRY PROMOTION | 6.48 | 51.60 | 45.36 | 45.36 |
| INTERNATIONAL TRAINING FUND | 0.00 | 0.00 | 0.00 | 0.00 |
| WORK ASSESSMENT | 67.20 | 535.09 | 696.69 | 711.17 |
| BALANCE: BENEFITS DUE | 502.98 | 4,005.19 | 4,824.45 | 4,838.93 |

| GRAND TOTAL: WAGES & BENEFITS DUE | 502.98 | 6,350.68 | 7,679.62 | 7,367.08 |
|---|---|---|---|---|

*The total amount owing for wages and benefits and $1,500.00 in attorney's fees is $23,400.31. As agreed to, Value Fire Protection will make a monthly payment of $3,900.05 over a period of six (6) months to Sprinkler Fitters, UA Local 483.*

*[signature]*
Stanley M. Smith, Business Manager
Sprinkler Fitters, UA Local 483

*[signature]*  3/15/07
Stanley Chan
Value Fire Protection